IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDA SHELTON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO.: _____ |
| EQUIFAX INFORMATION SERVICES, LLC | ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL

COMES NOW, Defendant Equifax Information Services LLC, by counsel, and hereby files this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland, wherein it is now pending as Case No. CAL 13-38950, to the United States District Court for the District of Maryland, Southern Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Equifax Information Services LLC shows this Court as follows:

1. An action was filed on December 26, 2013 in the Circuit Court for Prince George's County Maryland, entitled *Freda Shelton v. Equifax Information Services LLC.*, Case No. CAL 13-38950 (the "State Court Action").

2. Equifax was served with the Complaint on January 21, 2014.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

340869/343.155

    4.    This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. §§ 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

    (a)    Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (*See* Plaintiff's Complaint, ¶ 12, attached as Exhibit A).

    (b)    The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

    5.    Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

    6.    Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 19th day of February, 2014.

                                                  */s/ Nathan D. Adler*
                                        Nathan D. Adler
                                        Bar No: 22645
                                        Neuberger, Quinn, Gielen, Rubin
                                        & Gibber, P.A.
                                        One South Street, 27th Floor
                                        Baltimore, Maryland 21202-3282
                                        Telephone: (410) 332-8516
                                        Fax: (410) 332-8517
                                        E-mail: nda@nqgrg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2014 a copy of the foregoing Notice of Removal was sent via first class mail postage prepaid to:

Freda Shelton
9087 Hardesty Drive
Clinton, Maryland 20735

/s/ Nathan D. Adler
Nathan D. Adler

340869/343.155