Case 8:14-cv-00487-PWG   Document 64   Filed 04/22/15   Page 1 of 1
Case 8:14-cv-00487-PWG   Document 63   Filed 04/16/15   Page 1 of 1

APR 16 2015

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| FREDA SHELTON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 8:14-cv-00487-PWG |
| ) | |
| VERIZON COMMUNICATIONS, INC. ) | |
| And ) | |
| AFNI, INC. ) | |
| ) | |
| Defendants ) | |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all claims. Each party will be responsible for paying its own costs, expenses and attorney fees.

THE LAW OFFICES
OF RONALD S. CANTER, LLC

_____
Freda Shelton
13001 Arya Drive
Brandywine, Maryland 20613
*Pro Se Plaintiff*

_____
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant*

APPROVED: _____ 04/21/15
United States District Judge

**Paul W. Grimm**
**United States District Judge**